286 So.2d 908

**Robert C. JIMMY**

v.

**STATE.**

**4 Div. 201.**

Court of Criminal Appeals of Alabama.

Dec. 4, 1973.

SIMMONS, Supernumerary Circuit Judge.

The trial court did not commit any reversible errors in its rulings. The judgment is affirmed on authority Ex parte: State of Alabama, Ex rel. Attorney General (Re: Jimmy, 291 Ala. 687, 286 So.2d 907.)

The foregoing was prepared by Hon. Bowen W. Simmons, Supernumerary Cir-

cuit Judge, serving as a judge of this Court under § 2 of Act No. 288, July 7, 1945, as amended; his opinion is hereby adopted as that of the Court.

Affirmed.

All the Judges concur.